UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| LARRY PARKS and SHEILA PARKS, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil No. 11-64-ART |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| STATE FARM FIRE AND | ) | |
| CASUALTY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED** that: The claim filed by Larry and Sheila Parks against State Farm Fire and Casualty Company, R. 1-1, is **DENIED**, and Judgment is **ENTERED** in favor of the defendant. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 4th day of September, 2012.



Signed By:

_Amul R. Thapar_ АТ

**United States District Judge**